## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Travis and Kimberly Ashcraft, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| Select Water Solutions, LLC, d/b/a and ) | |
| f/k/a Select Energy Services, Inc., ) | |
| ) | |
| Defendant and Third-Party ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Travis Ashcraft, ) | Case No. 1:23-cv-181 |
| ) | |
| Counter-Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| Blackshirt, LLC, ) | |
| ) | |
| Third-Party Defendant and ) | |
| Counterclaimant. ) | |

On February 24, 2025, the Parties filed a Stipulated Motion for Continuance. (Doc. No. 40). They advise that a continuance of trial is necessitated by the addition of claims and parties and the resulting need for more time to complete discovery.

The court **GRANTS** the Parties' motion (Doc. No. 40). The final pretrial conference on November 24, 2025, shall be rescheduled for November 23, 2026, at 10:00 AM by telephone. To participate, the Parties should call 571-353-2301 and enter 292466149 followed by # when prompted for "Call ID." The jury trial on December 8, 2025, shall be rescheduled for December 7, 2026, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Daniel L. Hovland. A six (6) day trial is

1

anticipated.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court